**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**TROY M. TENACE,**

                              **Petitioner,**

     **vs.**                                    **9:01-CV-228**

**MARGARET BAGLEY, Warden;**
**ATTORNEY GENERAL FOR THE STATE OF NEW YORK,**

                              **Respondents.**
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


                         **DECISION & ORDER**

        Petitioner's application for a Certificate of Appealability
made to the United States Court of Appeals for the Second Circuit
was referred to this Court for a decision and order. Having
reviewed the matter, including Petitioner's papers submitted in
support of the Certificate of Appealability, the Court finds that
the application must be denied because Petitioner fails to make a
substantial showing of a denial of a constitutional right. See 28
U.S.C. § 2253(c)(2).  In addition, Petitioner has failed to
demonstrate that "jurists of reason would find it debatable whether
the petition states a valid claim of the denial of a constitutional
right and that jurists of reason would find it debatable whether
the district court was correct in its procedural ruling." Slack v.

                                1

McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 1604, 146 L.Ed.2d 542

(2000); see Miller-El v. Cockrell, 537 U.S. 322, 123 S.Ct. 1029,

1039-1040 (2003).  Therefore, it is hereby

 **ORDERED** that a Certificate of Appealability pursuant to Rule

22(b) of the Federal Rules of Appellate Procedure and 28 U.S.C. §

2253(c)(2) is **DENIED.**

DATED:May 2,2006

Thomas J. McAvoy
Senior, U.S. District Judge